UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:20-cv-10518-LTS

WALTER ROZANSKI
*Plaintiff,*

v.

PENNYMAC LOAN SERVICES, LLC
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

    In accordance with the Joint Stipulation of Dismissal (CM/ECF No. 18) filed on May 5, 2020, this case is hereby dismissed and closed.

SO ORDERED.

                                        /s/ Leo T. Sorokin
                                        UNITED STATES DISTRICT COURT

May 5, 2020